UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DEBORAH CREECH, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV416-011 |
| | ) |
| ONEBEACON AMERICA | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Court will delay entry of a Scheduling Order until after the district judge rules on the pending "Motion to Stay Proceedings Pending Arbitration." Doc. 5. Should the district judge deny that motion, the parties shall present a proposed Scheduling Order within 14 days after the denial order is served.

**SO ORDERED**, this __10th__ day of February, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

1