IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DEBORAH CREECH, AS SURVIVING SPOUSE OF GUY DOYLE CREECH, <br><br> Plaintiff, <br><br> v. <br><br> ONEBEACON AMERICA INSURANCE COMPANY, <br><br> Defendant. | CIVIL ACTION NO. CV416-011 |

## CONTEMPT ORDER

The Defendant filed a Motion to Compel Gary T. Parker on July 7, 2016 (Doc. 18). The Defendant re-filed its Motion to Compel on August 22, 2016, after this court denied Defendant's original Motion to Compel (Order at Doc. 24).

It appears that Gary T. Parker has never responded to the Defendant's Motion to Compel, the Defendant's efforts to resolve this dispute pursuant to Local Rule 26.5 or any efforts by this court to contact Gary T. Parker. In light of these facts, the court grants the Defendant's motion and orders Gary T. Parker to respond to the court and show why Gary T. Parker should not be held in contempt.

Further, the court orders Defendant OneBeacon to serve this Order on Gary T. Parker. Gary T. Parker shall have 14 days from the date of the service of this Order on him to respond to the court and show why he should not be held in contempt.

SO ORDERED, this 25th day of August, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA