# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

DEBORAH CREECH,    )
           )
    Plaintiff,   )
           )
v.           )
           )  Case No. CV416-011
ONEBEACON AMERICA   )
INSURANCE COMPANY,   )
           )
    Defendant.  )

## ORDER

Defendant OneBeacon America Insurance Company filed a Fed. R. Civ. P. 45(g) motion to compel Gary T. Parker to produce "employment or driving/trucking records." It ultimately led to a Contempt Order against Parker, doc. 26, but OneBeacon now "inform[s] the [C]ourt that: 1) Mr. Parker has provided responsive documents to OneBeacon's subpoena and 2) OneBeacon hereby withdraws, to the extent that it is able, its Motion to Compel." Doc. 29 at 1. Accordingly, the Court **VACATES** its Contempt Order, doc. 26.

**SO ORDERED,** this  14th  day of September, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA